HUGHES *v.* GEORGIA RAILWAY AND ELECTRIC COMPANY.

LUMPKIN, J. The evidence in this case did not sustain the allegations of the declaration and amended declaration, and the plaintiff was not entitled to have the case submitted to the jury. The proper judgment, however, should have been one of nonsuit, rather than a dismissal on the pleadings and evidence. The judgment is affirmed, with direction that it be so altered as to be one of nonsuit.

*Judgment affirmed, with direction. All the Justices concur, except Fish, C. J., absent.*

Argued May 28,—Decided August 13, 1906.

Action for damages. Before Judge Reid. City court of Atlanta. October 11, 1905.

*John Clay Smith* and *Lewis W. Thomas,* for plaintiff.

*Rosser & Brandon, Walter T. Colquitt,* and *Ben. J. Conyers,* for defendant.